THE PRESIDENT &c. OF THE DUTCHESS COUNTY BANK VS. HENRY IBBOTSON.

Excuse and terms upon which defendant was allowed liberty to make a case or bill of exceptions, after four days had elapsed after inquest at the circuit.

*Motion by defendant for liberty to make and serve a case or bill of exceptions, notwithstanding more than four days have elapsed since the inquest was taken.*—Inquest taken on a promissory note at Dutchess circuit, held in October last. Defendant appeared and cross examined plaintiff's witnesses, and took exceptions to the decisions of the circuit judge in admitting testimony, on the ground of insufficiency of the evidence to sustain plaintiff's cause of action. Defendant moved before inquest was taken, to put the cause over the circuit, on account of the absence of witnesses, which motion was denied. Defendant swears to merits, and alleges as an excuse for not procuring an order within four days, that his attorney residing in New York did not get the letter written by defendant's counsel on the day of the inquest, in time to procure [61 such order.

J. E. BURRILL, JR. *Defts Counsel.*            P. BURROWS, *Defts Atty.*

P. CAGGER, *Plffs Counsel.*            C. W. SWIFT, *Plffs Atty.*

*Decision.*—Ordered that on payment of plaintiff's costs of circuit and subsequent proceedings, and of opposing motion, defendant be allowed fifteen days from date of rule to make and serve a case or bill of exceptions. Plaintiffs to be at liberty to put cause on calendar for January term,·without serving notice of argument.

---

In the matter of WILLIAM WALSWORTH.

*Motion to set aside the attachment against the estate of William Walsworth, an absconded or concealed debtor.*

N. HILL, JR., *Counsel for Motion.*    FITCH & SHELDON, *Moving Attys.*

R. W. PECKHAM, *Counsel opposed.*    C. A. THORP, *Atty opposed.*

Denied with costs, without prejudice, on the ground that the Judge's report on the proceedings has not been filed.